AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jermaine Laurel WILSON<br><br>Defendant(s) | Case No.: 6:23-mj-1122 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 31, 2023** in the county of **Brevard** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Stephen Staklinski, SA, HSI/DHS/ICE
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 02/06/2023

*Judge's signature*

City and state: Orlando, Florida

Embry Kidd, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                    CASE NO. 6:23-mj-1122

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Stephen Staklinski, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Special Agent (SA) with the Homeland Security Investigations, Department of Homeland Security, Immigration and Customs Enforcement, United States (HSI/DHS/ICE), and have been employed with HSI/ICE for approximately 17 years. I am currently assigned to HSI Office of Resident Agent in Charge, Cocoa Beach, Florida. My duties include the investigation, arrest, and prosecution of cases involving multiple federal statutes as well as non-citizens who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set

forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On or about April 27, 2022, Homeland Security Investigations (HSI) Cocoa Beach received information concerning a previously removed non-citizen, **Jermaine Laurel WILSON,** who illegally reentered the United States and is now living in Melbourne, Florida.

4. On January 31, 2023, an HSI Task Force Officer received information that **WILSON** was residing at XXX Fairbanks Street, Palm Bay, Florida, 32908. TFO Clifford conducted surveillance on the location and observed **WILSON** exit the residence and walk around the yard before returning to the residence. An NCIC records check revealed that **WILSON** had an active warrant for his arrest out of Broward County, Florida. The warrant was for Violation of Probation.

5. On February 1, 2023, HSI Task Force officers and members of the Palm Bay Police Department conducted surveillance at XXX Fairbanks Street, Palm Bay, Florida, 32908. During surveillance, **WILSON** was observed sitting on the back porch of the residence. Agents/Officers approached **WILSON** and took him into custody for the active state warrant. Upon contact, **WILSON** admitted he was **Jermaine Laurel WILSON**.

6. While being transported to the Brevard County Sheriff's Office for processing, **WILSON** was advised of his Miranda rights. Post Miranda, **WILSON** stated he was not aware of the warrant. **WILSON** stated that upon completion of his sentence in a Florida State prison in 2014, immigration officials took him into custody and held him until he was deported back to Jamaica. **WILSON** admitted that he was ordered removed from the United States and deported. He also stated he was issued DHS Form I-294, which is a Warning to Alien Ordered Removed or Deported. The officer who issued the I-294 explained to him that he was not allowed to return to the United States. **WILSON** stated that while back in Jamaica he saved money for approximately five years so he could return to the United States. While in Jamaica, he changed his name and obtained a new Jamaican passport in that name. He used that passport to travel to the Bahamas where he paid a man to bring him back to the United States via a boat.

7. A review of various databases and ICE records disclosed that **WILSON** has a non-citizen file number (A xxx xxx 164). He was born in 1984, in Jamaica. He is a citizen of Jamaica and not a citizen of the United States. On December 24, 1995, **WILSON** entered the United States with a B2 visitor's visa. **WILSON** adjusted status to a Legal Permanent Resident on July 18, 1997.

8. On February 10, 2009, WILSON was arrested in Broward County, Florida for Sale of a Controlled Substance (cocaine), and was adjudicated guilty on November 5, 2009. On April 15, 2009, **WILSON** was arrested in Broward County, Florida for violations of Florida law: Trafficking in Cocaine, Battery on an Officer, Aggravated Assault on an Officer, Obstructing with Violence, Deprive Means of Protection or Communication, and Possession of Drug Paraphernalia. **WILSON** was adjudicated guilty of those charges on October 31, 2013.

9. **WILSON** was ordered deported/removed from the United States to Jamaica on May 7, 2014. **WILSON** was physically removed from the United States to Jamaica on July 2, 2014.

10. **WILSON** has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.

11. Based on the foregoing, there is probable cause to believe that on February 1, 2023, **WILSON** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

12. This concludes my affidavit.

_____
Stephen Staklinski
Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested
to me as true and accurate by telephone or
videoconference consistent with
Fed.R.Crim. P. 41(d)(3)

_____  02/06/2023
The Honorable Embry Kidd
United States Magistrate Judge